UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 16-13116
In Re:

STEPHANIE HIRSCH

Chapter 7

**CERTIFICATE OF SERVICE**

       Debtor.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the 362 Affidavit, Notice of Motion, Motion for Relief, Order, FRCP55, and Memorandum of Law and a copy of these pleadings were mailed by U.S. First Class Mail the January 31, 2017 to the parties listed below:

Bruce Weiner, Esq.
Attorney for Debtor
26 Court Street
Suite 2211
Brooklyn, NY 11242

Stephanie Hirsch
Debtor
360 E. 72nd St
New York, NY 10021

Kenneth Silverman
Trustee
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

U.S. Trustee
United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Respectfully submitted,

 /s/ Jordan S Katz, Esq.
By: Jordan S Katz, Esq.
Attorneys for Movant
40 Marcus Drive, Suite 200
Melville, New York 11747
(631) 454-8059